# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IMPERIAL BEEF, LLC, a Nebraska limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BOEHS, husband and wife; CHARLENE BOEHS, husband and wife; STATE OF NEBRASKA, AG-LAND AVIATION, INC., a Nebraska corporation; THOUVENEL HARVESTING, LLC, a Montana Limited liability company; CHAD LUNDEEN, VALLEY BANK AND TRUST COMPANY, a bank incorporated by the laws of the State of Nebraska; WYOMING STATE BANK, a Wyoming corporation; UNITED STATES OF AMERICA, and TRUSTEE ATTEBERY FAMILY TRUST,<br><br>Defendants. | 4:18CV3053<br><br>ORDER TO SHOW CAUSE |

The records of the Court show that on April 16, 2018, a letter ([Filing No. 5](#)) was sent to the following attorney(s) from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

Jeffrey S. Armour
ARMOUR LAW FIRM
108 West Third Street
P.O. Box 148
Ogallala, NE 69153

**IT IS ORDERED** that on or before **May 16, 2018**, the attorney(s) listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this Order will result in Jeffrey S. Armour being removed as counsel of record.

Dated this 2nd day of May, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge