IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IMPERIAL BEEF, LLC, a Nebraska limited liability company; <br><br> Plaintiff, <br><br> vs. <br><br> JOHN BOEHS, husband and wife; CHARLENE BOEHS, husband and wife; STATE OF NEBRASKA, AG-LAND AVIATION, INC., a Nebraska corporation; THOUVENEL HARVESTING, LLC, a Montana Limited liability company; CHAD LUNDEEN, VALLEY BANK AND TRUST COMPANY, a bank incorporated by the laws of the State of Nebraska; WYOMING STATE BANK, a Wyoming corporation; UNITED STATES OF AMERICA, and TRUSTEE ATTEBERY FAMILY TRUST, <br><br> Defendants. | **4:18CV3053** <br><br> **ORDER** |

This matter is before the court on defendant United States of America's motion to dismiss it as a party, Filing No. 27. The United States no longer claims an interest in the proceeds of sale of the crops at issue. The United States indicates that it has contacted counsel for each party that has actively participated in this case and all parties consented to the motion. The court has reviewed the record and no objections have been filed. The motion will be granted. Accordingly,

IT IS ORDERED THAT:

1. The United States of America's motion to dismiss it as a party, Filing No. 27, is granted.

2. The United States of America is dismissed as a party to this action.

Dated this 15th day of August, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge