IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IMPERIAL BEEF, LLC, a Nebraska limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BOEHS and CHARLENE BOEHS husband and wife; THOUVENEL HARVESTING, LLC, a Montana Limited liability company; CHAD LUNDEEN; VALLEY BANK AND TRUST COMPANY, a bank incorporated by the laws of the State of Nebraska; WYOMING STATE BANK, a Wyoming corporation; AG-LAND AVIATION, INC., a Nebraska corporation; STATE OF NEBRSAKA, and TRUSTEE ATTEBERY FAMILY TRUST,<br><br>Defendants. | **4:18CV3053**<br><br>**ORDER** |

This matter is before the Court on defendant/counterclaimant/cross claimant Ag-Land Aviation, Inc.'s ("Ag-Land") motion and amended motion to dismiss, Filing Nos. 31 and 32. This is an interpleader action that was removed form state court. Ag-Land has shown that it no longer claims any interest in the property or funds that are the subject of the plaintiff's complaint. Also, it has shown that copies of the pleading have been mailed by first-class mail, postage prepaid, to the parties. No responses or objections to the motion have been filed. The Court has reviewed the record and finds the motion should be granted. Accordingly,

IT IS ORDERED THAT:

1. Defendant Ag-Land Aviation Inc.'s motion and amended motion to dismiss (Filing Nos. 31 and 32) are granted.

2. Defendant Ag-Land, Inc. is dismissed as a party to this action.

Dated this 19th day of October 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge